UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD HALL, | ) | No. EDCV 09-0141-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: April 15, 2010    /S/ ROSALYN M. CHAPMAN
                                       ROSALYN M. CHAPMAN
                                       UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-0141.jud
4/15/10